No. 49906.—Protest 110460–K of Canada Dry Ginger Ale, Inc. (New York).

Opinion by OLIVER, P. J. At the trial the collector's letter and statement attached to each entry showing goods remaining in warehouse on said date were received in evidence. The bottles holding more than 1 pint were held dutiable at ⅛ cent per pound and those holding not more than 1 pint and not less than one-fourth of 1 pint at ¼ cent per pound as claimed.